IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHELLE SMITH**                                                                                          **PLAINTIFF**

**v.**                                               **Case No.: 4:21-cv-578-LPR**

**LITTLE ROCK SCHOOL DISTRICT**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Orders filed on August 9, 2021, and January 21, 2022, this case and all claims herein are dismissed. The Title VII retaliation claim is dismissed with prejudice. All other claims are dismissed without prejudice.

IT IS SO ADJUDGED this 21st day of January 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE